UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ARMINEA BANNISTER | CIVIL ACTION |
| VERSUS | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | NO.: 12-00744-BAJ-SCR |

## RULING AND ORDER

On October 25, 2013, United States Magistrate Judge Stephen C. Riedlinger issued a Magistrate Judge's Report, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending the Court grant Defendant's Motion to Dismiss. (Docs. 11, 12.) Plaintiff Arminea Bannister filed a timely objection to the Report. (Doc. 12.)

Having carefully considered the Magistrate Judge's Report, Plaintiff's objection, record, and applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 11)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that **Defendant's Motion to Dismiss (Doc. 10)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 22nd day of May, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**